IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GAMEHANCEMENT LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>*Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00603-JRG-RSP<br>(Lead Case) |
| GAMEHANCEMENT LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>EDGECORE NETWORKS CORPORATION,<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00569-JRG-RSP<br>(Member Case) |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by Gamehancement LLC ("Plaintiff"). (Dkt. No. 18) In the Notice, Plaintiff represents that the above-captioned Member Case No. 2:23-cv-569 is voluntarily dismissed with prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned Member Case No. 2:23-cv-569 are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned Member Case No. 2:23-cv-569 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned Member Case No. 2:23-cv-569 and **CLOSE** Lead Case No. 2:23-cv-603 as no parties or claims remain.

**So Ordered this**

**Nov 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE